UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT ALLEN KITCHEN, SR.,
    Plaintiff

v.     CASE NO. 1:16-CV-2129

PA BOARD OF PROBATION AND
PAROLE, *et al.*,
    Defendants

*O R D E R*

AND NOW, this 15th day of November, 2017, upon consideration of the report and recommendation (Doc. 19) of Magistrate Judge Joseph F. Saporito, Jr., entered on October 24, 2017, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Judge Saporito's report and recommendation (Doc. 19) is ADOPTED.

2. Plaintiff Robert Allen Kitchen, Sr.'s amended complaint (Doc. 8) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge